UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:18-MJ-1105-KS

UNITED STATES OF AMERICA :
:
V. : ORDER TO UNSEAL COMPLAINT
:
CHARLES ANTHONY WALKER, et al.:

Upon motion of the United States of America, and for good cause shown, the sealed One Count Complaint filed in the Eastern District of North Carolina on November 19, 2018 is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 30th day of November, 2018.

KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE